UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BESSIE B. HERNANDEZ, ET AL.                CIVIL ACTION

VERSUS                                     No.: 14-2168

DEREK GREEN, ET AL.                        SECTION: "J"(2)

**ORDER**

On January 12, 2017 the Court held a pretrial conference in the above-captioned matter. During the conference the Court ordered as follows:

> Defendants shall not provide the testimony of more than one expert on police procedures at trial. Counsel for Defendants are to choose one of the two experts listed in the pretrial order and furnish the Court with that expert's resume and expert report by noon on Friday, January 13, 2017. The expert whose resume and expert report the Defendants do not send to the Court is precluded from testifying at trial.

(R. Doc. 112 at 1-2.) In response to the Court's order, Defendants' counsel, Jeff Martiny, submitted the expert report of Kerry J. Najolia. After reviewing Mr. Najolia's expert report and proposed testimony, the Court finds that Mr. Najolia is not permitted to testify at trial. Mr. Najolia's testimony would offer legal opinions and such testimony would not be helpful to the jury as the finder of fact in this case. *See Estate of Sowell v. United States*, 198 F.3d 169, 171-72 (finding district court properly excluded expert testimony as an inadmissible legal opinion); *Marlin v. Moody Nat'l Bank, N.A.*, 248 F. App'x 534, 541 (5th Cir.

2007) (excluding expert whose testimony was not helpful to the finder of fact).

    New Orleans, Louisiana this 24th day of January, 2017.

                                              CARL J. BARBIER
                                              UNITED STATES DISTRICT JUDGE