MINUTE ENTRY
BARBIER, J.
January 26, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BESSIE HERNANDEZ, ET AL. | CIVIL ACTION |
| VERSUS | NO: 14-2168 |
| DEREK GREEN, ET AL. | SECTION: "J"(2) |

The Court held a brief telephone conference with the following parties in attendance: Daniel Martiny and Jeff Martiny, representing the Defendants, and Martin Regan and Sanem Ozdural, representing the Plaintiffs.

During the conference, counsel discussed the status of the case and the upcoming trial. The Parties are to be prepared for trial on Monday, January 30, 2017 at 8:30 a.m. The jury will consist of eight (8) persons. Plaintiffs shall have four (4) peremptory challenges, and Defendants shall have four (4) peremptory challenges. The Parties are allotted twenty (20) minutes for opening statements. And the trial is expected to last three (3) days.

At the conference, Plaintiffs' counsel agreed to **DISMISS WITHOUT PREJUDICE** their claims against Defendant Sergeant John Heck. Additionally, at the conference the Court ordered as follows:

**IT IS HEREBY ORDERED** that Defendants' *Motion in Limine* **(R.**

**Doc. 120)** is **GRANTED IN PART**. Specifically, Plaintiffs' treating physicians shall be permitted to testify to those opinions that are fairly within their records, notes, or reports. Further, the Facebook posts of Sergeant John Heck are **EXCLUDED** from trial. The Court finds that such testimony is not relevant. Fed. R. Evid. 401. Further, even assuming that the evidence may be arguably relevant, its probative value is substantially outweighed by the danger of unfair prejudice. Fed. R. Evid. 403.

**IT IS FURTHER ORDERED** that Defendants' *Motion for Reconsideration* **(R. Doc. 133)** is **GRANTED IN PART**. Kerry Najolia is not precluded as a fact witness. Mr. Najolia is permitted to testify to the training protocols on use of force by the Jefferson Parish Sheriff's Office. **IT IS FURTHER ORDERED** that Defendants' *Motion to Expedite* **(R. Doc. 134)** is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the objections to Exhibit 1: Tax Information, Exhibit 2: Canal Street Dental Records, Exhibit 3: Dr. Jimena Zapata Records, and Exhibit 4: Vehicle Traffic Crash Report are **SUSTAINED**.

* * * * * * * * * * * * * * *

JS-10: 35 mins.